IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VICKI L. BENNETT                                                                                  PLAINTIFF

      v.                                         CIVIL NO. 07-5213

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## **O R D E R**

On this 29th day of May, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs (doc. #8) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The court has also reviewed the Defendant's Response (doc. #10). For reasons set forth in the report and recommendation (doc. #11) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on May 4, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2667.89, representing 13.95 hours of work at a rate of $165.00 and $366.14 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

      IT IS SO ORDERED.

                                         /s/Jimm Larry Hendren
                                         HONORABLE JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE